# Court of Appeals
# of the State of Georgia

ATLANTA, __April 05, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1447.  ANTHONY CARNELL KNIGHT v. THE STATE.**

Anthony Carnell Knight pled guilty to two counts of robbery.  On November 30, 2011, the trial court entered a judgment of conviction and sentence against him.  On January 8, 2013, Knight filed a pro se notice of appeal.[1]  We, however, lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal."  *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because Knight's notice of appeal was untimely, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __04/05/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] Although styled as an "amended" notice of appeal, the January 8, 2013 filing is the first notice of appeal in the record.  Knight subsequently filed an amended notice of appeal on February 20, 2013.